**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| KEVIN J. KAHUTE, #156767, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Case No. 6:26-cv-246-JDK-JDL |
| | § | |
| SHERIFF, SMITH COUNTY JAIL, | § | |
| | § | |
| Respondent. | § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Petitioner Kevin J. Kohute, an inmate of the Smith County Jail proceeding pro se, filed a pleading on a habeas corpus form in the United States District Court for the Middle District of Florida without paying a filing fee.  The case was transferred to this Court for venue and referred to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

On May 28, 2026, the Magistrate Judge issued a Report recommending that this action be dismissed as barred by the sanction previously imposed against Petitioner prohibiting him from filing any more lawsuits in this Court that are not filed by a licensed attorney and with full payment of the filing fee.  Docket No. 6.  A copy of the Report was mailed to Petitioner, who did not file written objections.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation.  28 U.S.C. § 636(b)(1).  In conducting a de novo review, the Court

1

examines the entire record and makes an independent assessment under the law. *Alexander v. Verizon Wireless Services, LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

Here, Plaintiff did not file any objections. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 6) as the findings of this Court. Petitioner's petition for habeas corpus is hereby **DISMISSED** without prejudice. The Court **DENIES** a certificate of appealability. All pending motions are **DENIED as moot**.

So **ORDERED** and **SIGNED** this **10th** day of **July, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

2